# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STARWOOD CAPITAL GROUP LLC,<br><br>           Plaintiff,<br><br>   v.<br><br>1&1 MAIL & MEDIA INC. a/k/a 1&1 INTERNET INC., WORLD MEDIA GROUP, and JOHN DOE<br><br>           Defendants. | CIV. ACTION NO. 14-cv-_____<br><br>Judge: _____<br><br>Magistrate Judge: _____<br><br>**ELECTRONICALLY FILED** |

## DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for nongovernmental corporate Plaintiff STARWOOD CAPITAL GROUP LLC, in the above captioned civil action, certifies that it has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Dated:  April 23, 2014

                                                Respectfully submitted,

                                                */s/ Tracy Zurzolo Quinn*
                                                Tracy Zurzolo Quinn
                                                PA Bar No. 71072
                                                REED SMITH LLP
                                                Three Logan Square
                                                1717 Arch Street, Suite 3100
                                                Philadelphia, PA  19103
                                                Telephone:  (215) 851-8286
                                                Facsimile:   (215) 851-1420
                                                E-mail:  tquinn@reedsmith.com

                                                *Attorneys for Plaintiff*
                                                *Starwood Capital Group LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of April, 2014, I caused a true and accurate copy of the foregoing **Corporate Disclosure Statement** to be served on the following:

*Via Overnight Delivery and E-mail:*

1&1 Mail & Media Inc. a/k/a 1&1 Internet Inc.
c/o Legal Compliance
701 Lee Road, Suite 300
Chesterbook, PA  19087
legalnotice@mail.com
legal@1and1.com

1&1 Internet Inc.
c/o J. Christopher Erb
The Erb Law Firm, PC
5901 Ridge Avenue
Philadelphia, PA  19128
jcerb@erblaw.com

World Media Group
90 Washington Valley Road, #1128
Bedminster, NJ  07921
corp@world.com

World Media Group
25 Mountainview Blvd., Suite 204
Basking Ridge, NJ 07920

*Via E-mail:*

John Doe identifying himself as "Barry S. Sternlicht"
starwood.capital@europe.com

*/s/ Tracy Zurzolo Quinn*
Counsel for Plaintiff