# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STARWOOD CAPITAL GROUP LLC, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> 1&1 MAIL & MEDIA INC. a/k/a 1&1 : <br> INTERNET INC., WORLD MEDIA : <br> GROUP, and JOHN DOE, : <br> : <br> Defendants. : | CIV. ACTION NO. 2:14-cv-02351-TJS <br><br> Judge: Timothy J. Savage <br><br> **ELECTRONICALLY FILED** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## AS TO DEFENDANT 1&1 MAIL & MEDIA INC. A/K/A 1&1 INTERNET INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Starwood Capital Group LLC ("Starwood"), by and through its undersigned counsel, hereby voluntarily dismisses Defendant 1&1 Mail & Media Inc. a/k/a 1&1 Internet Inc. from the above-captioned action, without prejudice.

Dated:  May 13, 2014

                                           Respectfully submitted,

                                           /s/ *Tracy Zurzolo Quinn*
                                           Tracy Zurzolo Quinn, PA ID No. 71072
                                           REED SMITH LLP
                                           Three Logan Square
                                           1717 Arch Street, Suite 3100
                                           Philadelphia, PA  19103
                                           Telephone:  (215) 851-8286
                                           Facsimile:  (215) 851-1420
                                           E-mail:  tquinn@reedsmith.com

                                           *Attorney for Plaintiff*
                                           *Starwood Capital Group LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of May, 2014, I caused a true and accurate copy of the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT 1&1 MAIL & MEDIA INC. A/K/A 1&1 INTERNET INC.** to be served on the following:

*Via Overnight Delivery and E-mail:*

1&1 Mail & Media Inc. a/k/a 1&1 Internet Inc.
Michael D. LiPuma, Esq.
Law Office of Michael D. LiPuma
325 Chestnut Street, Suite 1109
Philadelphia, PA 19106
mlipuma@lipumalaw.com

World Media Group
90 Washington Valley Road, #1128
Bedminster, NJ  07921
corp@world.com

World Media Group
25 Mountainview Blvd., Suite 204
Basking Ridge, NJ 07920

/s/  *Tracy Zurzolo Quinn*
Counsel for Plaintiff