UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STARWOOD CAPITAL GROUP LLC,<br><br>                Plaintiff,<br><br>        v.<br><br>1&1 MAIL & MEDIA INC. a/k/a 1&1 INTERNET INC., WORLD MEDIA GROUP, and JOHN DOE,<br><br>                Defendants. | CIV. ACTION NO. 2:14-cv-02351-TJS<br><br>Judge: Timothy J. Savage<br><br>**ELECTRONICALLY FILED** |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
AS TO DEFENDANTS WORLDWIDE MEDIA GROUP AND JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Starwood Capital Group LLC ("Starwood"), by and through its undersigned counsel, hereby voluntarily dismisses Defendants Worldwide Media Group and John Doe from the above-captioned action, without prejudice.

Dated: June 13, 2014

Respectfully submitted,

/s/ *Tracy Zurzolo Quinn*
Tracy Zurzolo Quinn
PA ID No. 71072
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA  19103
Telephone:  (215) 851-8286
Facsimile:   (215) 851-1420
E-mail:  tquinn@reedsmith.com

*Attorney for Plaintiff*
*Starwood Capital Group LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2014, I caused a true and accurate copy of the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS WORLD WIDE MEDIA GROUP AND JOHN DOE** to be served on the following:

*Via U.S. Mail and E-mail:*

1&1 Mail & Media Inc. a/k/a 1&1 Internet Inc.
Michael D. LiPuma, Esq.
Law Office of Michael D. LiPuma
325 Chestnut Street, Suite 1109
Philadelphia, PA 19106
mlipuma@lipumalaw.com

World Media Group
90 Washington Valley Road, #1128
Bedminster, NJ  07921
corp@world.com

World Media Group
25 Mountainview Blvd., Suite 204
Basking Ridge, NJ 07920

/s/  *Tracy Zurzolo Quinn*
Counsel for Plaintiff