AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  **EASTERN DISTRICT OF PENNSYLVANIA**  on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>13-2351 | DATE FILED<br>4/23/2014 | U.S. DISTRICT COURT<br>EASTERN DISTRICT OF PENNSYLVANIA |
|---|---|---|
| PLAINTIFF<br>Starwood Capital Group LLC<br>597 Putnam Avenue Greenwich, CT 06830 | | DEFENDANT<br>1 & 1 Mail & Media Inc - 701 Lee Road, Ste. 300 Chesterbrook PA, World Media Group, LLC - 25 Mountainview Blvd, Ste. 204, Basking Ridge, NJ |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3,531,551 | 11/11/2008 | Starwood Capital Group LLC |
| 2 | 3,269,247 | 7/24/2007 | Starwood Capital Group LLC |
| 3 | 2,891,495 | 10/5/2004 | Starwood Capital Group LLC |
| 4 | 2,181,927 | 8/18/1998 | Starwood Capital Group LLC |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| 6/13/2014 - Notice of Voluntary Dismissal |

| CLERK<br>MICHAEL E. KUNZ, CLERK OF COURT | (BY) DEPUTY CLERK<br>Alexander Eggert | DATE<br>8/4/2014 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**